No. 80–317. UNIVERSITY OF TEXAS ET AL. *v.* CAMENISCH, 451 U. S. 390. Motion of respondent to retax costs denied.

No. 80–1240. LANE, CORRECTIONS DIRECTOR *v.* WILLIAMS ET AL. C. A. 7th Cir. [Certiorari granted *sub nom. Franzen* v. *Williams,* 452 U. S. 914.] Motion for appointment of counsel granted, and it is ordered that Martha A. Mills, of Chicago, Ill., be appointed to serve as counsel for respondents in this case.

No. 80–1350. COMMUNITY COMMUNICATIONS Co., INC. *v.* CITY OF BOULDER, COLORADO, ET AL. C. A. 10th Cir. [Certiorari granted, 450 U. S. 1039.] Motions of National Institute of Municipal Law Officers, Cable Television Information Center, National League of Cities, and City of Los Angeles for leave to file briefs as *amici curiae* granted.

No. 80–1624. LARSEN ET AL. *v.* VAN SLOOTEN. Appeal from Sup. Ct. Mich. Motion of appellants to expedite consideration of the appeal denied.

No. 80–2049. RALSTON, WARDEN *v.* ROBINSON. C. A. 7th Cir. [Certiorari granted, 452 U. S. 960.] Motion for appointment of counsel granted, and it is ordered that Jerold S. Solovy, Esquire, of Chicago, Ill., be appointed to serve as counsel for respondent in this case.

No. 80–1481. BREAD POLITICAL ACTION COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. Appeal from C. A. 7th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 80–60. HERWEG ET VIR *v.* RAY, GOVERNOR OF IOWA, ET AL. C. A. 8th Cir. Certiorari granted.